UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Case No.  07-cr-61-01-SM

Edward Davender

O R D E R

Defendant Davender's motion to continue the final pretrial conference and trial is granted  (document 12).   Trial has been rescheduled for the August 2007 trial period.   Defendant Davender  shall file a waiver of speedy trial rights not later than May 22, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  July  24, 2007 at 3:30 p.m.

**Jury Selection**:  August  7, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 15, 2007

cc: Jeffrey Levin, Esq.
    Karin Eckel, SAUSA
    US Probation
    US Marshal